IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BRENDA MOAD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 3:23-CV-774-MAB[1] |
| | ) |
| WALMART, INC., | ) |
| | ) |
| Defendant. | ) |

# JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order dated May 25, 2023 (Doc. 19), which reflects that all claims have been settled or otherwise resolved, this action is **DISMISSED with prejudice** from this action, each party to bear their own costs, unless otherwise provided in the settlement documents.

DATED: July 26, 2023

                                                **MONICA A. STUMP,**
                                              **Clerk of Court**

                                        BY:  /s/ Jennifer Jones
                                                  **Deputy Clerk**

APPROVED:  /s/ Mark A. Beatty
                 **MARK A. BEATTY**
                 **United States Magistrate Judge**

---

[1] This case was assigned to the undersigned for final disposition upon consent of the parties pursuant to 28 U.S.C. §636(c) (*see* Doc. 13).